**Appeal Dismissed and Memorandum Opinion filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00452-CR

**KIMBEL  CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1582631**

## M E M O R A N D U M   O P I N I O N

Kimbel Carter pleaded guilty to and was convicted of aggravated assault with a deadly weapon. Pursuant to the terms of a plea-bargain agreement between appellant and the State, the trial court sentenced appellant to eight years' imprisonment. Appellant timely appealed.

We lack jurisdiction over this appeal. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only matters raised by a written, pretrial motion

or with the trial court's permission. Tex. R. App. P. 25.2(a)(2). Appellant's punishment does not exceed the agreed length of confinement. The record does not contain any appealable pretrial ruling, and the trial court did not grant appellant permission to appeal.

Accordingly, we **DISMISS** the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

Do Not Publish — Tex. R. App. P. 47.2(b).